IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF:** | : CIVIL ACTION NO. 12-4845 |
| James Albert D'Angelo, Sr., and | : |
| Carolyn Marie D'Angelo | : |

## **O R D E R**

**AND NOW**, this 20th day of March, 2013, upon consideration of the Brief of Appellants (Doc. 4, filed August 25, 2012), Brief of Appellee, J.P. Morgan Chase Bank, N.A. (Doc. 7, filed September 7, 2012), Reply Brief of Appellants (Doc. 8, filed September 15, 2012), Joint Status Report (Doc. 10, filed October 17, 2012), Supplemental Brief of Appellants (Doc. 12, filed November 23, 2012) and Supplemental Brief of Appellee J.P. Morgan Chase Bank, N.A. (Doc. 14, field November 28, 2012), for the reasons set forth in the Memorandum dated March 20, 2013, **IT IS ORDERED** that Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated July 19, 2012, dismissing the Amended Complaint in part and permissively abstaining from deciding the remaining claims, is **AFFIRMED.**

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Bankruptcy Court for further proceedings consistent with the attached Memorandum.

BY THE COURT:

/s/ Hon. Jan E. DuBois

**JAN E. DUBOIS, J.**